PLAINTIFF/PETITIONER/MOVANT'S NAME: Kincaid,@d/b/a: WILLIAM D. MELLO@

PRISON NUMBER: (E-46820)

PLACE OF CONFINEMENT: PLEASANT VALLEY STATE PRISON

ADDRESS: C/o: P.O. BOX -8500
Coalinga, California state Republic
near - (93210).

**FILED**
JAN 1 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                  DEPUTY CLERK

**RECEIVED**
JAN 1 2 2011
CLERK, U.S. DIST... ...RT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                  DEPUTY CLERK

# United States District Court
EASTERN DISTRICT FOR CALIFORNIA.

1: 11 CV 00059 GSA ---- HC

| | |
|---|---|
| Kincaid,@d/b/a: WILLIAM D. MELLO@,<br><br>Plaintiff/Petitioner/Movant<br><br>v.<br><br>L. HARTON,<br>Defendant/Respondent | Civil No. _____<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS |

I, Kincaid,@d/b/a: WILLIAM DOUGLAS MELLO@ declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration    PLEASANT VALLEY STATE PRISON.
   Are you employed at the institution?        ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?   Yes   (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   3 YEARS APPROXIMATELY (Im UNSURE) BUT ITS BEEN A LONG TIME.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   CALIFORNIA SECRETARY OF STATE OFFICE ; $124.00 ; I DONT EXPECT TO RECEIVE ANY MORE!

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):   N/A

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:            Year:           Model:
   b. Is it financed? ☐ Yes ☐ No         N/A
   c. If so, what is the amount owed?

CIV-67 (Rev. 9/97)                     -2-                   ::ODMA\PCDOCS\WORDPERFECT\22835\1

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☒ Yes   ☐ No
   If "Yes" describe the property and state its value (2) TRANSMITTING UTILITY; W/ SECURITY AGREEMENT; W/ INDEMNITY BONDS

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    N/A

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

UCC §1308. / WITHOUT PREJUDICE

DATE: 11-20-10     /s/ Kincaid©, d/b/a: WILLIAM D. MELLO©
                        SIGNATURE OF APPLICANT

Kincaid© sui juris, de jure, secured Party/ CREdITOR, Sovereign, ATTORNEY-IN-FACT, AUTHORIZED REPRESENTATIVE ON BEHALF OF THE DEBTOR: WILLIAM DOUGLAS MELLO©, DE FACTO, TRUST, ENS LEGIS.
"ALL RIGHTS RESERVED" © 2008/09.